

```
                                FILED
                          U.S. DISTRICT COURT
                          DISTRICT OF WYOMING

                          2021 JUN -3  PM 2: 37

                          MARGARET BOTKINS, CLERK
                                 CHEYENNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIA ESTHER NAVA,<br>GAVRICK ENRIQU MENDOZA,<br>JOSHUA WILLIAM ESLICK,<br>JOHN LEROY BUTLER,<br>KATIE ANN DOUP,<br>ELIZABETH ANN HASTINGS,<br>CHAD ROBERT KOLKMAN,<br>JIOVONNE DOMONIC AYALA,<br>KELSEY RAYE SPRINGER, and<br>BRIAN LYNN KUZNIA,<br><br>　　　　Defendants. | Criminal No. 21-CR-8-J |

## ORDER UNSEALING CASE

**THIS MATTER** comes before the Court on the motion of the United States to unseal this case. The Court, having been fully advised and informed, **FINDS** that said motion should be granted.

**IT IS HEREBY ORDERED** that this case be, and hereby is, unsealed.

DATED this ___3rd___ day of June, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALAN B. JOHNSON
　　　　　　　　　　　　　　　　　　United States District Court Judge