UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 NOV -9 AM 11: 28

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 21-CR-8-J |
| ) | |
| KATIE DOUP, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANT KATIE DOUP'S
## MOTION TO CONTINUE SENTENCING HEARING

This matter came before the Court upon Defendant Katie Doup's second motion to continue her sentencing hearing. The Court considered the matter and FINDS that the motion should be GRANTED.

WHEREFORE, it is hereby ordered, that Defendant Katie Doup's sentencing hearing scheduled for November 10, 2021, is hereby VACATED and the Sentencing Hearing is RESET for the 16th day of December, 2021, at 1:30 p.m.

DATED this 9th day of November, 2021.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE