Jonathan C. Coppom
Wyoming State Bar No. 7-5548
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jonathan.coppom@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

**UNITED STATES OF AMERICA,**

       Plaintiff,

**v.**     Criminal No. 21-CR-8-J

**JOSHUA WILLIAM ESLICK, et. al.**

       Defendant.

## ENTRY OF APPEARANCE

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the United States of America.

Dated this 19th day of November, 2021.

                        L. ROBERT MURRAY
                        Acting United States Attorney

By:    */s/ Jonathan C. Coppom*
         JONATHAN C. COPPOM
         Assistant United States Attorney