CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 1089 | Katie Doup | | 1089.1134378 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 2:20-MJ-00093-3-ABJ | 2:21-CR-00008-3-ABJ | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| USA v. Butler et al | Felony (including pre-trial diversion of alleged felony) | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense
21:846=CD.F,21:841A=CD.F

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

Thomas B Jubin - Bar Number:
P O Box 943
Cheyenne, WY 82003
Phone: (307) 637-4965 Fax: (307) 637-4788

13. COURT ORDER
[X] O Appointing Counsel        [ ] C Co-Counsel
[ ] F Subs For Federal Defender [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney   [ ] Y Standby Counsel

Prior Attorney's Name: Tracy Hucke
Appointment Dates:

Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
Other (See Instructions)

Kelly H Rankin /S/
Signature of Presiding Judge or By Order of the Court
12/10/2020
Date of Order                    Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.   [ ] YES   [X] NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)
Jubin & Zerga, LLC - TIN: XX-XXXXXXX
P O Box 943
Cheyenne, WY 82003
Phone: (307) 637-4965 Fax: (307) 637-4788

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | 1.40 | $217.00 | | | |
| | b. Bail and Detention Hearings | 0.40 | $60.80 | | | |
| | c. Motion Hearings | 0.60 | $93.00 | | | |
| In Court | d. Trial | | | | | |
| | e. Sentencing Hearings | 1.50 | $232.50 | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | 0.50 | $76.00 | | | |
| | (RATE PER HOUR = $ 152.00, 155.00) TOTALS | 4.40 | $679.30 | | | |
| 16. | a. Interviews and Conferences | 29.80 | $4,609.70 | | | |
| | b. Obtaining and reviewing records | 14.10 | $2,184.60 | | | |
| Out of Court | c. Legal research and brief writing | 16.20 | $2,508.60 | | | |
| | d. Travel time | 9.20 | $1,426.00 | | | |
| | e. Investigative and other work (Specify on additional sheets) | 4.40 | $679.90 | | | |
| | (RATE PER HOUR = $ 152.00, 155.00) TOTALS | 73.70 | $11,408.80 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc) | | $355.67 | | | |
| 18. | Other Expenses (other than expert, transcripts, etc) | | $97.16 | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED) | | $12,540.93 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE   20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION   21. CASE DISPOSITION
FROM: 12/10/2020   TO: 12/17/2021                                                                              04

22. CLAIM STATUS   [X] Final Payment   [ ] Interim Payment Number 0   [ ] Supplemental Payment   [ ] Withholding Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] Yes [X] No   If yes, were you paid? [ ] Yes [ ] No
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? [ ] Yes [X] No   If yes, give details on additional sheets
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney   Thomas B Jubin /S/                                                           Date   12/21/2021

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| $679.30 | $11,408.80 | $355.67 | $97.16 | $12,540.93 |

| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
|---|---|---|---|---|
| Alan B Johnson /S/ | | | 12/21/2021 | 8904 |

| 29. IN COURT COMP. | 30. OUT OF THE COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| 34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | DATE | 34a. JUDGE CODE | CERTIFIED AMT. |
|---|---|---|---|
| Payment approved in excess of the statutory threshold amount | | | $12,540.93 |